STATE OF NEW JERSEY v. JOSE OQUENDO HERNANDEZ.

January 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL EARL MCCULLUM, JR.

January 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD ALLEN BONDS.

January 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. EARL MORRIS, JR.

January 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE COLLETTE.

January 20, 1987.

Petition for certification denied.